Signed: December 16, 2009



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
Viking Capital, Inc.
F.040-922

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MATTHEW H. BARRINGTON,<br><br>    Debtor.<br><br>_____ | ) Bk. No. 09-12647<br>)<br>) CHAPTER 13<br>)<br>) R.S. No. DRP – 617<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date : 12/10/09<br>) Time : 9:00 a.m.<br>) Place : U.S. Bankruptcy Court<br>)       99 South E Street<br>)       Santa Rosa, California<br>)       Courtroom (bkcy) |

      The Motion for Relief from Automatic Stay of Viking Capital, Inc., its assignees and/or successors in interest, came on for hearing on December 10, 2009 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to Viking Capital, Inc., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **379 Santa Clara Place, Santa Rosa, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 13 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**